No. 857. FRANCE STONE CO. *v.* COMMISSIONER OF INTERNAL REVENUE. May 3, 1943. Petition for writ of

certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John J. Kendrick* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Mr. Sewall Key* for respondent.